# United States Court of Appeals for the Federal Circuit

---

**IN RE: CELLECT, LLC,**

*Appellant*

---

2022-1292

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,452.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered June 14, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 7, 2023
   Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court